STATE of Missouri, Respondent,

v.

**Jeremiah U. MUTH, Appellant.**

No. WD 69389.

Missouri Court of Appeals, Western District.

June 23, 2009.

Frederick J. Ernst, for Appellant.

Shaun J. Mackelprang, for Respondent.

Before Division One: JAMES E. WELSH, P.J., VICTOR C. HOWARD, Judge and ALOK AHUJA, Judge.

**ORDER**

PER CURIAM:

Jeremiah Muth appeals his conviction following jury trial for attempted forcible sodomy, sections 564.011 and 566.060, RSMo 2000, and sentence of ten years

imprisonment. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of conviction is affirmed. Rule 30.25(b).